# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DANIEL JAMES TREBIATOWSKI,**

      Plaintiff,

  -vs-                                  Case No. 15-CV-245

**UNKNOWN,**
**Lt. & Deputies of Ozaukee County Sheriff's Department,**
**and SHERIFF JAMES JOHNSON,**

      Defendants.

## DECISION AND ORDER

On October 9, 2015, the Court granted the plaintiff's motion for extension of time to file an amended complaint identifying the Unknown defendants until October 30, 2015. Since then, the plaintiff has filed two motions for extension of time. In the first one, the asserts that the defendants failed to provide him with the requested documents so that could identify the Unknown defendants. In his second motion for extension of time, the plaintiff asserts that although the defendants sent him his entire medical file, they did not send him Incident Reports he needed so that he could identify the Unknown defendants. The defendants' response to the plaintiff's second motion for extension of time reveals that they mailed him the Incident Reports on November 20, 2015.

Based on these filings, it appears that the plaintiff now has all the

documents he needs to identify the Unknown defendants and amend the complaint. Under these circumstances, the Court will grant the plaintiff's motions for extension of time. No further time extensions will be granted.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the plaintiff's motions for extension of time (ECF Nos. 30, 35) is **GRANTED**. The plaintiff's amended complaint identifying the Unknown defendants is due by **January 11, 2016**. No further extensions will be granted.

Dated at Milwaukee, Wisconsin, this 17th day of December, 2015.

**BY THE COURT:**

s/ William C. Griesbach
for **HON. RUDOLPH T. RANDA**
**U.S. District Judge**